IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                    )
                                          )
DOROTHY GREGORY COOKE                     )   Case No. 19−35184−KLP
                                          )   Chapter 13
           Debtor                         )

## MOTION TO SELL REAL ESTATE

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Sell Real Estate, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 2, 2019.

2. The Debtor and her son, Darnell Johnson, Jr. inherited the property known as 3215 Dorithian Road, Baltimore, MD 21215-7501, more particularly known as

BEING THE FIRST LOT IN A LEASE DATED NOVEMBER 18, 1948, RECORDED AMONG THE LAND RECORDS OF BALTIMORE CITY IN LIBER MLP 7636, FOLIO 377, FROM HENRY I. ADLER AND WIFE TO THE BEDFORD HOLDING COMPANY, IN WHICH THE PROPERTY WAS LEASED FOR THE ANNUAL GROUND RENT OF $108.00, PAYABLE ON THE 18TH DAYS OF MAY AND NOVEMBER. THE GROUND RENT WAS ACQUIRED BY THE PARTY OF THE FIRST PART BY DEED DATED JANUARY 9, 1992, RECORDED AMONG SAID LAND RECORDS IN LIBER SEB 3077, FOLIO 327, FROM JULIUS LEVIN TO REUBEN FISHKIND AND MINDY FISHKIND, TRUSTEES FOR SCOTT JEREMY FISHKIND. MINDY FISHKIND IS THE SURVIVING TRUSTEE OF SAID TRUST. THE LEASEHOLD INTEREST WAS ACQUIRED BY DEED DATED JANUARY 21, 2006, RECORDED IN LIBER FMC 7628, FOLIO 688, FROM HAROLD FRANKLIN GREGORY AND ANN C. GREGORY TO THE GRANTEE(S) HEREIN.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

(the "Property").

3. The property is owned outright with no liens or encumbrances. The appraised value of the Property is $58,000.00.

4. Debtor and co-owner have entered into a contract ("Contract") for the sale of the Property for $58,000.00. A copy of said contract is attached hereto collectively as Exhibit "A" and incorporated herein by this reference.

5. Proceeds from the sale will be split fifty-fifty between Debtor and co-owner.

6. The amount of the sale to be applied to the debtor's obligations under the confirmed plan is $14,000.00, which will not result in full payment of all allowed claims.

7. The approximate amount of sales proceeds to be paid to the Debtor is $15,000.00.

8. The Debtor is requesting $15,000.00 from her portion of the sales proceeds to purchase a vehicle, as she does not currently have a vehicle and has been asking friends and family for rides.

9. On March 20, 2021, or as soon thereafter as may be practicable, Debtor intends to sell her home interest in the Property in accordance with the terms of the contract.

WHEREFORE, the Debtor requests that the Court enter an Order authorizing the sale of the Property in accordance with the terms of the Contract and for such other relief as the Court may deem appropriate

Dated: March 3, 2021                                    DOROTHY GREGORY COOKE


                                                        By: /s/ James E. Kane
                                                            Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOROTHY GREGORY COOKE ) | Case No. 19−35184−KLP |
| ) | Chapter 13 |
| Debtor ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed a Motion to Sell Real Estate with the Court.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **March 24, 2021 at 10:00 a.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

4

Dated: March 3, 2021                                    DOROTHY GREGORY COOKE

                                                                     By: /s/ James E. Kane
                                                                         Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

                                                        /s/ James E. Kane
                                                        Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-35184-KLP<br>Eastern District of Virginia<br>Richmond<br>Wed Mar  3 18:08:31 EST 2021 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146-1873 | Gerald Taylor<br>8500 Perrymont Road<br>Richmond, VA 23237-2817 |
| NetCredit<br>175 W. Jackson Blvd., Suite 1000<br>Chicago, IL 60604-2863 | Samuel I. White<br>5040 Corporate Woods Dr.<br>Suite 120<br>Virginia Beach, VA 23462-4377 | Todd M. Ritter, Esquire<br>11901 Iron Bridge Road<br>Chester, VA 23831-1458 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Dorothy Gregory Cooke<br>13330 Master Stag Drive<br>Midlothian, VA 23112-1970 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Financial Services
Atty: Bankruptcy Dept
Po Box 8026
Cedar Rapids, IA 52409-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing LLC        (u)Community Loan Servicing, LLC        (u)Community Loan Servicing, LLC f/k/a Bayvie


(d)Toyota Motor Credit Corporation        End of Label Matrix
c/o Becket and Lee LLP                    Mailable recipients    22
PO Box 3002                               Bypassed recipients     4
Malvern  PA 19355-0702                    Total                  26