# ADDENDUM TO AGREEMENT OF SALE

**THIS ADDENDUM TO AGREEMENT OF SAL**E ("Addendum") is made as of the 1st of March 2021, by and between **CENTRIC PROPERTY CONSULTANTS**, LLC, a Maryland Limited Liability Company ("Buyer(s)"), and **DOROTHY GREGORY COOKE & DARNELL JOHNSON Jr.** ("Seller").

The Seller and Buyer executed an Agreement of Sale dated December 29th, 2020, whereby the parties agreed to the sale and purchase of that property identified as **3215 DORITHAN ROAD, BALTIMORE MD 21215-7501**

The parties hereby agree that the closing shall be held on:   upon receiving the Order of Approval from the bankruptcy court. The actual settlement date has yet to be determined.

The parties further agree to increase the purchase price to $58,000.00, as a result of the appraisal report. Hence, the new purchase price is $58,000.00

The remaining terms of the Agreement of Sale dated December 29th, 2020 remain in effect.

IN WITNESS WHEREOF, the parties have executed this Addendum to Agreement of Sale under seal on the day and year first above written.

WITNESS:

**SELLER'S signature:** _[signature]_    Date 03 / 01 / 2021

Print name: **DOROTHY GREGORY COOKE**

Phone: _____804-739-8624_____

Email: celljazzrome@verizon.net


**SELLER'S signature:** _[signature]_    Date 03 / 01 / 2021

Print name: **DARNELL JOHNSON Jr.**

Phone:  5409208571

Doc ID: a56117e6f4ce6bfe27ffb55cf72eb2b8a070a702

Email: darnell.johnson@snhu.edu

**BUYER'S signature:** _____  Date 03 / 01 / 2021

Print name: *CENTRIC PROPERTY CONSULTANTS, LLC*

By : Lawrence Swartz

centricpropertyconsultants@gmail.com

4438767324



Audit Trail

| | |
|---|---|
| **TITLE** | Agreement of Dorithan! |
| **FILE NAME** | Addendum to Agreement of Dorithan!.pdf |
| **DOCUMENT ID** | a56117e6f4ce6bfe27ffb55cf72eb2b8a070a702 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** — **03 / 01 / 2021** 14:12:19 UTC — Sent for signature to Lawrence swartz (centricpropertyconsultants@gmail.com), DOROTHY GREGORY COOKE (celljazzrome@verizon.net) and DARNELL JOHNSON Jr. (darnell.johnson@snhu.edu) from favoritehomebuyer@gmail.com
IP: 73.135.59.150

**VIEWED** — **03 / 01 / 2021** 14:25:02 UTC — Viewed by Lawrence swartz (centricpropertyconsultants@gmail.com)
IP: 73.135.59.150

**SIGNED** — **03 / 01 / 2021** 14:25:40 UTC — Signed by Lawrence swartz (centricpropertyconsultants@gmail.com)
IP: 73.135.59.150

**VIEWED** — **03 / 01 / 2021** 14:56:37 UTC — Viewed by DOROTHY GREGORY COOKE (celljazzrome@verizon.net)
IP: 72.84.203.18

Powered by HELLOSIGN



Audit Trail

| | |
|---|---|
| **TITLE** | Agreement of Dorithan! |
| **FILE NAME** | Addendum to Agreement of Dorithan!.pdf |
| **DOCUMENT ID** | a56117e6f4ce6bfe27ffb55cf72eb2b8a070a702 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**VIEWED**  03 / 01 / 2021  16:19:06 UTC  
Viewed by DARNELL JOHNSON Jr. (darnell.johnson@snhu.edu)  
IP: 107.77.203.108

**SIGNED**  03 / 01 / 2021  16:20:32 UTC  
Signed by DARNELL JOHNSON Jr. (darnell.johnson@snhu.edu)  
IP: 107.77.203.108

**SIGNED**  03 / 01 / 2021  16:31:47 UTC  
Signed by DOROTHY GREGORY COOKE (celljazzrome@verizon.net)  
IP: 72.84.203.18

**COMPLETED**  03 / 01 / 2021  16:31:47 UTC  
The document has been completed.

Powered by HELLOSIGN