## Standard Purchase and Sale Agreement

This agreement is made this __29TH__ day of __DECEMBER__, 20 __20__

between Seller(s) __DOROTHY GREGORY COOKE & DARNELL JOHNSON Jr.__

and Buyer(s) __CENTRIC PROPERTY CONSULTANTS, LLC__

and/or assigns.

Seller agrees to sell and buyer agrees to buy the following described real property together with all improvements and fixtures and the personal property described below:

Street Address __3215 DORITHAN ROAD__

City, State, Zip: __BALTIMORE 21215-7501__

Legal description: __SAME AS IS RECORDED WITH THE COUNTY RECORDERS'S OFFICE IN BALTIMORE CITY__

The purchase price to be paid as follows:

**Earnest Money Deposit**          $ __2,500__

**Total Purchase Price**           $ __34,500__

**1. EARNEST MONEY** to be deposited with a licensed title company or attorney within 92 hours of acceptance and ratification of offer.

**2. PRORATIONS, IMPOUNDS & SECURITY DEPOSITS**: Loan interest, property taxes, insurance, and rents shall be prorated as of the date of closing. All security deposits shall be transferred to buyer at closing. All impound accounts for taxes and insurance are included in the purchase price and shall be transferred to buyer at closing. Any shortage in these accounts shall be charged to seller at closing.

**3. CLOSING DATE AND TRANSFER OF TITLE**: This transaction shall close on or before __FEBRUARY 15TH__, 20 __21__. Closing will be held at __UNIVERSAL TITLE__ and Seller(s) agree to transfer marketable title free and clear of all encumbrances except those listed and pay any required state taxes or stamps required to record deed and mortgage. Seller agrees to furnish title insurance in the amount of the purchase price, showing no encumbrances or exceptions other than previously noted.

**4. DAMAGE TO PROPERTY**: Seller shall maintain property in its current condition and keep it insured against all loss until closing. In the event of destruction covered by insurance, buyer may elect to close and collect the insurance proceeds.

**5. DEFAULTS**: If buyer defaults under this contract, any and all monies deposited by buyer(s) shall be retained by seller as full liquidated damages. If seller defaults, buyer may pursue all remedies allowed by law and seller agrees to be responsible for all costs incurred by buyer as a result of sellers default.

**6. SUCCESSORS AND ASSIGNEES**: The terms and conditions of this contract shall bind all successors, heirs, administrators, trustees, executors and assignees of the respective parties.

**7. ACCESS**: Sellers agree that buyers may have access to the property during reasonable hours to show property to contractors, lenders, and partners.

**8. INSPECTION:** (a) Buyer shall have __10__ days from Effective Date ("Due Diligence Period") within which to have such inspections of the Property performed as Buyer shall desire and utilities service shall be made available by the Seller during the Inspection Period; (b) Buyer shall be responsible for prompt payment for such inspections and repair of damage to and restoration of the Property resulting from such inspections; and (c) if Buyer determines, in Buyer's sole discretion, that the condition of the Property is not acceptable to Buyer, Buyer may cancel this Contract by delivering written notice of such election to Seller prior to the expiration of the Inspection Period. If Buyer timely cancels this Contract, the deposit(s) paid shall be immediately returned to Buyer; thereupon, Buyer and Seller shall be released of all further obligations under this Contract.

**9. ADDITIONAL TERMS AND CONDITIONS:**

BUYER WILL PAY THE CLOSING COSTS.

The undersigned have read the above information, understand it and verify that it is correct.

Date: 12/29/2020
Seller: [signature]
Seller: **DOROTHY GREGORY COOKE**
Phone: 804-739-8624

Date: 12/29/2020
Seller: [signature]
Seller: **DARNELL JOHNSON Jr.**
Phone: 540-920-8571
Email: darnell.johnson@snhu.edu

Date: 12/29/2020
Seller: [signature]

Buyer: CENTRIC PROPERTY CONSULTANTS, LLC
by Lawrence Swartz
Phone: (443) 876-7324